Case 2:16-cv-00048-SDW-LDW Document 32 Filed 04/07/17 Page 3 of 4 PageID: 132

***Bankers Insurance Company v. Swift International Logistics, Inc., et al.***
**United States District Court for the District of New Jersey**
**Civil Action No.: 16-cv-00048-SDW-LDW**

**PROOF OF CLAIM & CERTIFICATION**

I BRIAN MARTIN (hereinafter "Claimant") submit this Proof of Claim in support of a claim against Bond No. JGINVOC3321 issued by Bankers Insurance Company, as surety, on behalf of Swift International Logistics, Inc. (hereinafter "Swift"), as principal, and certify that the following statements are true:

Claim amount: $ 36,730.00. Temporary Storage was verbal

Claimant's contract with Swift was ✓ oral ✓ written (*if written a true copy of the contract is attached).*
Contract Date: May 29, 2013
Contract Amount: $ 16,065 written. ~~contract~~ Amount Paid to Swift: $ ________ $
27,750 verbal - monthly Storage ~~months~~ 37 months @ 750.00
Provide a description of your claim and claim amount (use additional sheets if necessary):
43,815

$ 16,065 - PAID.
$ 27,750 - Paid 37 months Storage
43,815.00 up until I took over
paying temporary Storage
Company myself.

I have attached all documents in my possession supporting my claim, including, without limitation, all contracts, agreements, bills of lading, invoices, proof of payments and any transportation documents applicable to the movement of goods.

I certify that the foregoing statements made by me are true.

Date: May 27 2017

Signature: [signature]
Name: BRIAN MARTIN
Address: 300 BLOOR ST. East, SUITE 2010
TORONTO, ONTARIO
M4W 3Y2 Canada
Telephone: 647-965-1251
E-mail: bcmartin80@live.com.